■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LEIFMAN, Appellant. [813 NYS2d 689]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about January 28, 2004, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Andrias, Nardelli, Sweeny and McGuire, JJ.